IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CARI D. SEARCY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 15-0104-CG-N |
| | ) |
| HON. DON DAVIS, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter is before the court on the Defendant's Motion to Dismiss (Doc. 8), Motion to Postpone Preliminary Injunction Hearing (Doc. 10), and to Motion to Quash Subpoena (Doc. 11).

Upon due consideration, the motion to postpone the preliminary injunction hearing pending ruling on the Defendant's motion to dismiss is **GRANTED**.

Plaintiff is **ORDERED** to file responses to the motion to dismiss and motion to quash **no later than Friday, March 6, 2015**.  Any replies by the Defendant are to be filed **no later than Wednesday, March 11, 2015**.

**DONE and ORDERED** this 2nd day of March, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE